UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 24-1048

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>MATTHEW T. MANUEL | ]<br>]<br>]<br>]<br>]<br>]<br>] | Magistrate Case No. 09961829 (Class A)<br><br><br>COMPLAINT<br>Offense on a Federal Reservation |

BEFORE the **Honorable Andrea Dechenne Bergman**, a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **18th day of February 2024**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**MATTHEW T. MANUEL** did commit:

Possession of a Firearm and Dangerous Weapons on Federal Property in violation of 18 USC 930.

The name of the Complainant is **Luke D. Wilson.**

**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 16TH DAY OF MAY 2024.**

**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**

5/16/24 NK 7/18/24

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 18 Feb, 20 24 while exercising my duties as a law enforcement officer in the Federal District of New Jersey

Subject Knowingly possessed or Caused to present a firearm on federal Facility specifically by attempting to gain entry onto JB MDL through the Fort Dix Commercial Gate. Subject was in possession of a 9mm Taurus G2C with a serial number of ACH135139.

CVB SCAN 03/11/2024 14:8

The foregoing statement is based upon:

- [x] my personal observation
- [x] my personal investigation
- [x] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/18/2024 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident